IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STEPHON WALTER, #1268602 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv849 |
| JIMMY O. BROCK, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's motion to dismiss Hollis R. Wilcox that was included in his motion for leave to file an amended complaint (docket entry #29) is **GRANTED** and that the claims against Hollis R. Wilcox are **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(2).

**So ORDERED and SIGNED this 25th day of March, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**